| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br><br><br><br><br>In Re: | Case No.: _____<br><br>Chapter: _____<br><br>Adv. No.: _____<br><br>Hearing Date: _____<br><br>Judge: _____ |
|---|---|

## CERTIFICATION OF SERVICE

1. I, _____ :

    ☐ represent _____ in the this matter.

    ☐ am the secretary/paralegal for _____, who represents
    _____ in the this matter.

    ☐ am the _____ in the this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____        _____
                                                                            Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.8/1/15*

**U.S. Trustee**
One Newark Center
Suite 2100
1085 Raymond Blvd.
Newark, NJ 07102

**Mr. and Mrs. Decker**
168 Laurel Court
Secaucus, NJ, 07094

**Synchrony Bank**
c/o PRA Receivables Management, LLC
Attn: Valerie Smith
PO Box 41021
Norfolk, VA 23541

**Shapiro & DeNardo, LLC 14000**
Attn: Charles G. Wohlrab
Commerce Parkway, Suite B Mount Laurel, NJ 08054 (856) 793-3080
ATTORNEYS FOR WELLS FARGO BANK,N.A.

**KML Law Group, P.C.**
Attn: Rebecca A. Solarz, Esq.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Attorneys for Toyota Lease Trust

**Wells Fargo Home Mortgage**
Attn: Written Correspondence/Bankruptcy
Des Moines, IA, 50306

**Toyota Financial Services**
P.O. Box 8026
Cedar Rapids, IA, 52409

**Toyota Financial Services**
P.O. Box 4102
Carol Stream, IL, 60197

**Internal Revenue Service**
P.O. Box 7346
Philadelphia, P.A., 19101

**New Jersey Division of Taxation**
Compliance & Enforcement – Bankruptcy
50 Barrack St., 9th Fl.
P.O. Box 245
Trenton, NJ, 08695

**United States Attorney General**
Attorney General
United States Department of Justice
Ben Franklin Station
P.O. Box 683
Washington, DC, 20044

**Office of the Attorney General**
New Jersey Attorney General Office
Division of Law
Richard J. Hughes Justice Complex
25 Market Street, P.O. Box 112
Trenton, NJ, 08625

**New York Dept. of Labor**
Unemployment Insurance Division
P.O. Box 15122
Albany, NY, 12212

**New York State Dept. of Tax & Finance**
Bankruptcy Section
P.O. Box 5300
Albany, NY, 12205

**AmEx**
Correspondence / Bankruptcy
P.O. Box 981540
El Paso, TX, 79998

**Bank of America**
4909 Savarese Circle
Tampa, FL, 33634

**Capital One, N.A.**
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT, 84130

**Center of Infectious Disease**
20 Prospect Ave.
Hackensack, NJ, 07601

**Chase Card Services**
Attn: Bankruptcy
P.O. Box 15298
Wilmington, DE, 19850

**Citibank**
Attn: Recovery / Centralized Bankruptcy
P.O. Box 790034
St. Louis, MO, 63179

**Comenitycapital/lxvisa**
Attn: Bankruptcy
P.O. Box 182125
Columbus, OH, 43218

**Credit One Bank**
Attn: Bankruptcy Department
P.O. Box 98873
Las Vegas, NV, 89193

**Department Store National Bank / Macy's**
Attn: Bankruptcy
9111 Duke Boulevard
Mason, OH, 45040

**Dsnb Bloomingdales**
Attn: Recovery "Bk"
P.O. Box 9111
Mason, OH, 45040

**First Electronic Bank**
Attn: Bankruptcy
P.O. Box 521271
Salt Lake City, UT, 84152

**Hackensack Radiology**
30 South Newman Street
Hackensack, NJ, 07601

**Michael Harrison, Esq.**
3155 Route 10 East, Suite 214
Denville, NJ, 07834

**Kohls / Capital One**
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT, 84130

**Navient**
Attn: Bankruptcy
P.O. Box 9000
Wiles-Barr, PA, 18773

**Syncb / care Credit Du**
Attn: Bankruptcy
P.O. Box 965060
Orlando, FL, 32896

**Synchrony Bank / Lowes**
Attn: Bankruptcy
P.O. Box 965060
Orlando, FL, 32896

**Synchrony Bank / PC Richard**
Attn: Bankruptcy
P.O. Box 965060
Orlando, FL, 32896