Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  19−24855−VFP
                Chapter:  13
                Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Stephen F Decker                                Andrea Decker
   168 Laurel Court                                 168 Laurel Court
   Secaucus, NJ 07094                           Secaucus, NJ 07094

Social Security No.:
   xxx−xx−4570                                         xxx−xx−1394

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on January 13, 2020.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 13, 2020
JAN: jf

                                                                           Jeanne Naughton
                                                                           Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Stephen F Decker  
Andrea Decker  
    Debtors

Case No. 19-24855-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3      Date Rcvd: Jan 13, 2020  
                       Form ID: 148      Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2020.

```
db/jdb         +Stephen F Decker,    Andrea Decker,    168 Laurel Court,    Secaucus, NJ 07094-4106
518382065      +Bank Of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
518466765      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
518382068      +Cara Decker,    168 Laurel Court,    Secaucus, NJ 07094-4106
518382069      +Center for Infectious Disease,    20 Prospect Ave.,    Hackensack, NJ 07601-1962
518382074      +Deptartment Store National Bank/Macy's,    Attn: Bankruptcy,    9111 Duke Boulevard,
                Mason, OH 45040-8999
518382075       Dsnb Bloomingdales,    Attn: Recovery 'Bk',    Po Box 9111,    Mason, OH 45040
518506027      +Hackensack Radiology Group,    30 South Newman Street,    Hackensack, NJ 07601-3210
518426695      +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                c/o National Bankruptcy Services, LLC,    P.O. Box 9013,    Addison, Texas 75001-9013
518382078      +Kohls/Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518506028      +Michael Harrison,    Attorney At Law,    3155 Route 10 East - Suite 214,
                Denville, NJ 07834-3430
518382081      +New York Dept. of Labor,    Unemployment Insurance Division,    PO Box 15122,
                Albany, NY 12212-5122
518382082      +New York State Dept.,    of Tax & Finance,    Bankruptcy Section,    PO Box 5300,
                Albany, NY 12205-0300
518382080     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: New Jersey Division of Taxation,
                Compliance & Enforcement - Bankruptcy,    50 Barrack St., 9th Fl.,    PO Box 245,
                Trenton, NJ 08695)
518442335      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                Addison, Texas 75001-9013
518441981      +Toyota Motor Credit Corporation dba Lexus Financia,    PO Box 9013,    Addison, Texas 75001-9013
518432752       Wells Fargo Bank, N.A.,    Attn: Default Document Processing,
                MAC #N9286-01Y 1000 Blue Gentian Road,,    Eagan, MN 55121-7700
518382089       Wells Fargo Home Mor,    Attn: Written Correspondence/Bankruptcy,    Mac#2302-04e Pob 10335,
                Des Moines, IA 50306
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 13 2020 23:54:05     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 13 2020 23:54:02     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
cr             +EDI: RMSC.COM Jan 14 2020 04:23:00      Synchrony Bank, c/o PRA Recievables Management, LL,
                POB 41021,    Norfolk, VA 23541-1021
518467293       EDI: BECKLEE.COM Jan 14 2020 04:23:00      American Express National Bank,
                c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
518382064      +EDI: AMEREXPR.COM Jan 14 2020 04:23:00      Amex,    Correspondence/Bankruptcy,    Po Box 981540,
                El Paso, TX 79998-1540
518382066      +EDI: CAPITALONE.COM Jan 14 2020 04:23:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                Salt Lake City, UT 84130-0285
518452615      +EDI: AIS.COM Jan 14 2020 04:23:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                Oklahoma City, OK 73118-7901
518452613      +EDI: AIS.COM Jan 14 2020 04:23:00      Capital One N.A.,    4515 N Santa Fe Ave,
                Oklahoma City, OK 73118-7901
518382067      +EDI: CAPITALONE.COM Jan 14 2020 04:23:00      Capital One Na,    Attn: Bankruptcy,    Po Box 30285,
                Salt Lake City, UT 84130-0285
518472454       EDI: BL-BECKET.COM Jan 14 2020 04:23:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                PO Box 3001,    Malvern PA 19355-0701
518382070      +EDI: CHASE.COM Jan 14 2020 04:23:00      Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,
                Wilmington, DE 19850-5298
518382071      +EDI: CITICORP.COM Jan 14 2020 04:23:00      Citibank,    Attn: Recovery/Centralized Bankruptcy,
                Po Box 790034,    St Louis, MO 63179-0034
518382072      +EDI: WFNNB.COM Jan 14 2020 04:23:00      Comenitycapital/lxvisa,    Attn: Bankruptcy,
                Po Box 182125,    Columbus, OH 43218-2125
518382073      +E-mail/PDF: creditonebknotifications@resurgent.com Jan 14 2020 00:00:47      Credit One Bank,
                Attn: Bankruptcy Department,    Po Box 98873,    Las Vegas, NV 89193-8873
518492115       EDI: Q3G.COM Jan 14 2020 04:23:00      Department Stores National Bank,    c/o Quantum3 Group LLC,
                PO Box 657,    Kirkland, WA 98083-0657
518382076      +E-mail/Text: bankruptcy@firstelectronic.com Jan 13 2020 23:54:58     First Electronic Bank,
                Attn: Bankruptcy,    Po Box 521271,    Salt Lake City, UT 84152-1271
518382077      +EDI: IRS.COM Jan 14 2020 04:23:00      Internal Revenue Service,    PO Box 7346,
                Philadelphia, PA 19101-7346
518470651       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 14 2020 00:00:17      LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518382079      +EDI: NAVIENTFKASMSERV.COM Jan 14 2020 04:23:00      Navient,    Attn: Bankruptcy,    Po Box 9000,
                Wiles-Barr, PA 18773-9000
518494339       EDI: PRA.COM Jan 14 2020 04:23:00      Portfolio Recovery Associates, LLC,    c/o Lowes,
                POB 41067,    Norfolk VA 23541
```

```
District/off: 0312-2             User: admin               Page 2 of 3                Date Rcvd: Jan 13, 2020
                                 Form ID: 148              Total Noticed: 50


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518503526         EDI: PRA.COM Jan 14 2020 04:23:00       Portfolio Recovery Associates, LLC,   c/o Synchrony Bank,
                  POB 41067,    Norfolk VA 23541
518458025         EDI: Q3G.COM Jan 14 2020 04:23:00       Quantum3 Group LLC as agent for,
                  Genesis Consumer Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
518491740         EDI: Q3G.COM Jan 14 2020 04:23:00       Quantum3 Group LLC as agent for,    Comenity Capital Bank,
                  PO Box 788,    Kirkland, WA  98083-0788
518382083        +EDI: RMSC.COM Jan 14 2020 04:23:00       Syncb/care Credit Du,    Attn: Bankruptcy,
                  Po Box 965060,    Orlando, FL 32896-5060
518386379        +EDI: RMSC.COM Jan 14 2020 04:23:00       Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                  PO Box 41021,    Norfolk, VA 23541-1021
518499482        +EDI: RMSC.COM Jan 14 2020 04:23:00       Synchrony Bank,   c/o PRA Receivables Management, LLC,
                  PO Box 41021,    Norfolk VA 23541-1021
518382084        +EDI: RMSC.COM Jan 14 2020 04:23:00       Synchrony Bank/Lowes,    Attn: Bankruptcy,
                  Po Box 965060,    Orlando, FL 32896-5060
518382085        +EDI: RMSC.COM Jan 14 2020 04:23:00       Synchrony Bank/PC Richard,    Attn: Bankruptcy,
                  Po Box 965060,    Orlando, FL 32896-5060
518382086         EDI: TFSR.COM Jan 14 2020 04:23:00       Toyota Financial Services,    Attn: Bankruptcy Dept,
                  Po Box 8026,    Cedar Rapids, IA 52409
518382088         EDI: TFSR.COM Jan 14 2020 04:23:00       Toyota Financial Services,    PO Box 8026,
                  Cedar Rapids, IA 52409
518382087        +EDI: TFSR.COM Jan 14 2020 04:23:00       Toyota Financial Services,    PO Box 4102,
                  Carol Stream, IL 60197-4102
518482849        +EDI: AIS.COM Jan 14 2020 04:23:00       Verizon,   by American InfoSource as agent,
                  4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 32

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518385656*       +Cara Decker,    168 Laurel Court,    Secaucus, NJ 07094-4106
518506054*       +Hackensack Radiology Group,    30 South Newman Street,    Hackensack, NJ 07601-3210
518426770*       +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                  c/o National Bankruptcy Services, LLC,    P.O. Box 9013,    Addison, Texas 75001-9013
518506055*       +Michael Harrison,    Attorney at Law,    3155 Route 10 East,    Suite 214,
                  Denville, NJ 07834-3430
518475151*      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court: State of New Jersey,     Division of Taxation Bankruptcy,    PO Box 245,
                  Trenton, NJ 08695)
518451594*       +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                  Addison, Texas 75001-9013
518442573*        Wells Fargo Bank, N.A.,    Attn: Default Document Processing,
                  MAC #N9286-01Y 1000 Blue Gentian Road,,    Eagan, MN 55121-7700
                                                                                               TOTALS: 0, * 7, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 13, 2020 at the address(es) listed below:
              Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, N.A. cwohlrab@LOGS.com,
               njbankruptcynotifications@logs.com
              David L. Stevens    on behalf of Joint Debtor Andrea  Decker dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scur
               a.com;martinezcr93878@notify.bestcase.com;agouveia@scura.com
              David L. Stevens    on behalf of Debtor Stephen F Decker dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scur
               a.com;martinezcr93878@notify.bestcase.com;agouveia@scura.com
```

```
District/off: 0312-2           User: admin              Page 3 of 3              Date Rcvd: Jan 13, 2020
                               Form ID: 148             Total Noticed: 50
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Marie-Ann  Greenberg    magecf@magtrustee.com
        Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 7