**Marie-Ann Greenberg, Esquire**
**Chapter 13 Standing Trustee**

Joseph D. Petrolino, Jr.
Staff Attorney

Brian M. Knapp
Staff Attorney

30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

Phone 973-227-2840
Fax 973-227-3272

For Payments Only:

PO BOX 520
MEMPHIS, TN  38101-0520

May 27, 2020

**Re: Standing Trustee's Notice of Distribution**
     **Case No: 19-24855**

On May 22, 2020 the above-referenced case was confirmed. Subsequently, all of the creditors and attorney fees, if any, were set up on our database so that we can commence distribution to the parties in the near future.

Attached is a case report for your review. IT IS YOUR RESPONSIBILITY to review this report and ensure that you are in agreement with the information contained on the report. We strongly suggest that you compare this report against the claims registry and docket. If you are not in agreement, you need to notify us in writing within five (5) days of the docketing of this information and/or file the appropriate motion with the court.

A copy of the Chapter 13 Standing Trustee's Policies regarding Proofs of Claim may be found on our website at http://www.magtrustee.com.

Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF MAY 27, 2020

**Chapter 13 Case # 19-24855**

Atty:   SCURA WIGFIELD HEYER & STEVEN

Re:    STEPHEN F DECKER
       ANDREA DECKER
       168 LAUREL COURT
       SECAUCUS, NJ  07094

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

## RECEIPTS  (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/27/2019 | $200.00 | 6124940000 | 10/02/2019 | $200.00 | 6220883000 |
| 11/01/2019 | $200.00 | 6294173000 | 12/04/2019 | $200.00 | 6379554000 |
| 12/30/2019 | $200.00 | 6436479000 | 04/07/2020 | $400.00 | 1924855-26229415757 |
| 04/14/2020 | $200.00 | 26229034361 | 05/01/2020 | $200.00 | 6753778000 |

**Total Receipts: $1,800.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $1,800.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 129.60 | IN SUMMARY |
| ATTY | ATTORNEY | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 2,424.82 | 100.00% | 0.00 | 2,424.82 |
| 0002 | BANK OF AMERICA | UNSECURED | 18,299.65 | 100.00% | 0.00 | 18,299.65 |
| 0003 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 3,363.66 | 100.00% | 0.00 | 3,363.66 |
| 0004 | CAPITAL ONE BANK (USA) NA | UNSECURED | 10,125.80 | 100.00% | 0.00 | 10,125.80 |
| 0006 | CENTER FOR INFECTIOUS DISEASE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | JPMORGAN CHASE BANK NA | UNSECURED | 15,073.03 | 100.00% | 0.00 | 15,073.03 |
| 0008 | LVNV FUNDING LLC | UNSECURED | 14,440.21 | 100.00% | 0.00 | 14,440.21 |
| 0009 | QUANTUM3 GROUP LLC | UNSECURED | 3,827.44 | 100.00% | 0.00 | 3,827.44 |
| 0010 | LVNV FUNDING LLC | UNSECURED | 2,014.05 | 100.00% | 0.00 | 2,014.05 |
| 0011 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 4,834.93 | 100.00% | 0.00 | 4,834.93 |
| 0012 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 799.16 | 100.00% | 0.00 | 799.16 |
| 0013 | QUANTUM3 GROUP LLC | UNSECURED | 854.28 | 100.00% | 0.00 | 854.28 |
| 0014 | UNITED STATES TREASURY/IRS | PRIORITY | 35,863.95 | 100.00% | 0.00 | 35,863.95 |
| 0015 | CAPITAL ONE, N.A. | UNSECURED | 2,664.32 | 100.00% | 0.00 | 2,664.32 |
| 0016 | NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0017 | STATE OF NJ | PRIORITY | 7,727.58 | 100.00% | 0.00 | 7,727.58 |
| 0019 | NEW YORK STATE DEPT. | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0020 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 5,194.02 | 100.00% | 0.00 | 5,194.02 |
| 0021 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 598.63 | 100.00% | 0.00 | 598.63 |

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0022 | SYNCHRONY BANK | UNSECURED | 129.28 | 100.00% | 0.00 | 129.28 |
| 0023 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 562.72 | 100.00% | 0.00 | 562.72 |
| 0024 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0025 | TOYOTA LEASE TRUST | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0027 | WELLS FARGO BANK, N.A. | MORTGAGE ARRE | 785.30 | 100.00% | 0.00 | 785.30 |
| 0030 | JPMORGAN CHASE BANK NA | UNSECURED | 10,187.65 | 100.00% | 0.00 | 10,187.65 |
| 0031 | LVNV FUNDING LLC | UNSECURED | 10,833.96 | 100.00% | 0.00 | 10,833.96 |
| 0032 | DEPTARTMENT STORE NATIONAL BANK/ | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0036 | UNITED STATES TREASURY/IRS | UNSECURED | 994.55 | 100.00% | 0.00 | 994.55 |
| 0037 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 457.71 | 100.00% | 0.00 | 457.71 |
| 0038 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 298.79 | 100.00% | 0.00 | 298.79 |
| 0049 | HACKENSACK RADIOLOGY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0050 | HACKENSACK RADIOLOGY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0052 | NY STATE DEPT OF LABOR | UNSECURED | 13,006.50 | 100.00% | 0.00 | 13,006.50 |

**Total Paid:  $129.60**
See Summary

### LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

### SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: May 27, 2020.

Receipts: $1,800.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $129.60    =    Funds on Hand: $1,670.40

Unpaid Balance to Claims: $165,361.99    +    Unpaid Trustee Comp: $18,373.55    =    Total Unpaid Balance: **$182,065.14

**NOTE**:  THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.