| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| In Re:<br><br>Stephen F Decker<br>Andrea Decker | Case No.: 2:2019-bk-24855<br><br>Adversary No.: <br><br>Chapter: 13<br><br>Judge: Judge Vincent F. Papalia |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: Wells Fargo Bank, N.A., creditor
(Example: John Smith, creditor)

Old address:  Wells Fargo Bank, N.A.
MAC N9286-01Y
1000 Blue Gentian Road
Eagan, MN 55121-7700

New address:  Wells Fargo Bank, N.A.
MAC N9286-01Y
P.O. Box 1629
Minneapolis, MN 55440-9790

New phone no.: 800-274-7025
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 02/07/2022          /s/ Alonda Janice Long
                                  Signature

*rev.8/1/2021*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK DIVISION

IN RE:                                                CASE NO.:     19-24855

Stephen F Decker                   CHAPTER:     13

Andrea Decker

        Debtor(s).

_____ /

CERTIFICATE OF SERVICE

I hereby certify that on or before February 07, 2022, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**SERVICE LIST**

*Debtor:*                          *By U.S. Postal Service First Class Mail Postage Prepaid:*

Stephen F Decker
168 Laurel Court
Secaucus, NJ 07094


*By U.S. Postal Service First Class Mail Postage Prepaid:*

Andrea Decker
168 Laurel Court
Secaucus, NJ 07094

*Debtor's Attorney:*           *By CM / ECF Filing:*

David L. Stevens
Scura, Wigfield, Heyer & Stevens
1599 Hamburg Turnpike
Wayne, NJ 07470

*Trustee:*                        *By CM / ECF Filing:*

*Trustee:*   Marie-Ann Greenberg
Chapter 13 Standing Trustee
30 Two Bridges Rd
Suite 330
Fairfield, NJ 07004-1550


/s/ John Shelley
_____
InfoEx, LLC
(as authorized agent for Wells Fargo Bank, N.A.)