SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470

Re:  STEPHEN F DECKER                           Atty:  SCURA WIGFIELD HEYER & STEVENS, LLP
     ANDREA DECKER                                     1599 HAMBURG TURNPIKE
     168 LAUREL COURT                                  WAYNE, NJ  07470
     SECAUCUS, NJ  07094

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
Chapter 13 Case # 19-24855

### RECEIPTS AS OF 01/13/2023    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/27/2019 | $200.00 | 6124940000 | 10/02/2019 | $200.00 | 6220883000 |
| 11/01/2019 | $200.00 | 6294173000 | 12/04/2019 | $200.00 | 6379554000 |
| 12/30/2019 | $200.00 | 6436479000 | 04/07/2020 | $400.00 | 1924855-26229415757 |
| 04/14/2020 | $200.00 | 26229034361 | 05/01/2020 | $200.00 | 6753778000 |
| 06/02/2020 | $200.00 | 6835303000 | 06/29/2020 | $200.00 | 6894601000 |
| 07/28/2020 | $200.00 | 6968080000 | 09/02/2020 | $200.00 | 7055613000 |
| 10/06/2020 | $200.00 | 7141726000 | 11/06/2020 | $200.00 | 7215452000 |
| 12/28/2020 | $200.00 | 7334470000 | 03/01/2021 | $200.00 | 7486341000 |
| 03/29/2021 | $200.00 | 7557640000 | 04/30/2021 | $200.00 | 7633943000 |
| 06/02/2021 | $200.00 | 7706944000 | 06/30/2021 | $200.00 | 7774033000 |
| 07/29/2021 | $200.00 | 7839938000 | 08/30/2021 | $200.00 | 7908922000 |
| 09/29/2021 | $200.00 | 7977989000 | 10/29/2021 | $200.00 | 8044677000 |
| 11/30/2021 | $200.00 | 8111533000 | 12/27/2021 | $200.00 | 8169512000 |
| 01/28/2022 | $200.00 | 8236684000 | 02/25/2022 | $200.00 | 8296832000 |
| 03/25/2022 | $200.00 | 8360517000 | 05/02/2022 | $200.00 | 8432343000 |
| 05/27/2022 | $200.00 | 8489824000 | 06/27/2022 | $200.00 | 8548974000 |
| 07/29/2022 | $200.00 | 8615527000 | 08/29/2022 | $200.00 | 8673866000 |
| 09/30/2022 | $200.00 | 8732806000 | 10/26/2022 | $200.00 | 8788172000 |
| 11/29/2022 | $200.00 | 8850246000 | 12/30/2022 | $200.00 | 8907516000 |

**Total Receipts: $7,800.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $7,800.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| STATE OF NJ | | | | | | |
| | 06/15/2020 | $57.15 | 851,275 | 07/20/2020 | $32.80 | 853,137 |
| | 08/17/2020 | $32.80 | 854,959 | 09/21/2020 | $32.80 | 856,829 |
| | 10/19/2020 | $32.80 | 858,652 | 11/16/2020 | $32.80 | 860,423 |
| | 12/21/2020 | $32.80 | 862,305 | 02/22/2021 | $32.80 | 865,820 |
| | 04/19/2021 | $32.80 | 869,317 | 05/17/2021 | $32.80 | 871,131 |

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 06/21/2021 | $32.80 | 872,976 | | 07/19/2021 | $33.33 | 874,704 |
| | 08/16/2021 | $33.33 | 876,414 | | 09/20/2021 | $33.33 | 878,181 |
| | 10/18/2021 | $33.33 | 879,913 | | 11/17/2021 | $33.33 | 881,596 |
| | 12/13/2021 | $33.68 | 883,233 | | 01/10/2022 | $33.68 | 884,875 |
| | 02/14/2022 | $33.68 | 886,595 | | 03/14/2022 | $33.68 | 888,273 |
| | 04/18/2022 | $33.68 | 890,038 | | 05/16/2022 | $34.21 | 891,686 |
| | 06/20/2022 | $34.21 | 893,427 | | 07/18/2022 | $34.21 | 895,045 |
| | 08/15/2022 | $34.21 | 896,622 | | 09/19/2022 | $34.21 | 898,254 |
| | 10/17/2022 | $34.21 | 899,895 | | 11/14/2022 | $34.21 | 901,452 |
| | 12/12/2022 | $33.50 | 902,986 | | 01/09/2023 | $33.50 | 904,487 |
| TOYOTA MOTOR CREDIT CORPORATION | | | | | | | |
| | 06/15/2020 | $562.72 | 851,364 | | | | |
| UNITED STATES TREASURY/IRS | | | | | | | |
| | 06/15/2020 | $265.23 | 8,001,647 | | 07/20/2020 | $152.20 | 8,001,710 |
| | 08/17/2020 | $152.20 | 8,001,769 | | 09/21/2020 | $152.20 | 8,001,832 |
| | 10/19/2020 | $152.20 | 8,001,890 | | 11/16/2020 | $152.20 | 8,001,946 |
| | 12/21/2020 | $152.20 | 8,002,005 | | 02/22/2021 | $152.20 | 8,002,118 |
| | 04/19/2021 | $152.20 | 8,002,224 | | 05/17/2021 | $152.20 | 8,002,272 |
| | 06/21/2021 | $152.20 | 8,002,325 | | 07/19/2021 | $154.67 | 8,002,377 |
| | 08/16/2021 | $154.67 | 8,002,427 | | 09/20/2021 | $154.67 | 8,002,474 |
| | 10/18/2021 | $154.67 | 8,002,522 | | 11/17/2021 | $154.67 | 8,002,576 |
| | 12/13/2021 | $156.32 | 8,002,628 | | 01/10/2022 | $156.32 | 8,002,677 |
| | 02/14/2022 | $156.32 | 8,002,731 | | 03/14/2022 | $156.32 | 8,002,783 |
| | 04/18/2022 | $156.32 | 8,002,837 | | 05/16/2022 | $158.79 | 8,002,890 |
| | 06/20/2022 | $158.79 | 8,002,942 | | 07/18/2022 | $158.79 | 8,002,992 |
| | 08/15/2022 | $158.79 | 8,003,040 | | 09/19/2022 | $158.79 | 8,003,095 |
| | 10/17/2022 | $158.79 | 8,003,145 | | 11/14/2022 | $158.79 | 8,003,196 |
| | 12/12/2022 | $155.50 | 8,003,251 | | 01/09/2023 | $155.50 | 8,003,303 |
| WELLS FARGO BANK, N.A. | | | | | | | |
| | 06/15/2020 | $785.30 | 851,486 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 471.60 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 2,424.82 | 100.00% | 0.00 | 2,424.82 |
| 0002 | BANK OF AMERICA | UNSECURED | 18,299.65 | 100.00% | 0.00 | 18,299.65 |
| 0003 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 3,363.66 | 100.00% | 0.00 | 3,363.66 |
| 0004 | CAPITAL ONE BANK (USA) NA | UNSECURED | 10,125.80 | 100.00% | 0.00 | 10,125.80 |
| 0006 | CENTER FOR INFECTIOUS DISEASE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | JPMORGAN CHASE BANK NA | UNSECURED | 15,073.03 | 100.00% | 0.00 | 15,073.03 |
| 0008 | LVNV FUNDING LLC | UNSECURED | 14,440.21 | 100.00% | 0.00 | 14,440.21 |
| 0009 | QUANTUM3 GROUP LLC | UNSECURED | 3,827.44 | 100.00% | 0.00 | 3,827.44 |
| 0010 | LVNV FUNDING LLC | UNSECURED | 2,014.05 | 100.00% | 0.00 | 2,014.05 |
| 0011 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 4,834.93 | 100.00% | 0.00 | 4,834.93 |
| 0012 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 799.16 | 100.00% | 0.00 | 799.16 |
| 0013 | QUANTUM3 GROUP LLC | UNSECURED | 854.28 | 100.00% | 0.00 | 854.28 |
| 0014 | UNITED STATES TREASURY/IRS | PRIORITY | 35,863.95 | 100.00% | 4,764.71 | 31,099.24 |
| 0015 | CAPITAL ONE, N.A. | UNSECURED | 2,664.32 | 100.00% | 0.00 | 2,664.32 |
| 0016 | NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0017 | STATE OF NJ | PRIORITY | 7,727.58 | 100.00% | 1,026.67 | 6,700.91 |
| 0019 | NEW YORK STATE DEPT. | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0020 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 5,194.02 | 100.00% | 0.00 | 5,194.02 |
| 0021 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 598.63 | 100.00% | 0.00 | 598.63 |
| 0022 | SYNCHRONY BANK | UNSECURED | 129.28 | 100.00% | 0.00 | 129.28 |

**Chapter 13 Case # 19-24855**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| 0023 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 562.72 | 100.00% | 562.72 | 0.00 |
| 0024 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0025 | TOYOTA LEASE TRUST | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0027 | WELLS FARGO BANK, N.A. | MORTGAGE ARRE | 785.30 | 100.00% | 785.30 | 0.00 |
| 0030 | JPMORGAN CHASE BANK NA | UNSECURED | 10,187.65 | 100.00% | 0.00 | 10,187.65 |
| 0031 | LVNV FUNDING LLC | UNSECURED | 10,833.96 | 100.00% | 0.00 | 10,833.96 |
| 0032 | DEPTARTMENT STORE NATIONAL BANK/ | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0036 | UNITED STATES TREASURY/IRS | UNSECURED | 994.55 | 100.00% | 0.00 | 994.55 |
| 0037 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 457.71 | 100.00% | 0.00 | 457.71 |
| 0038 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 298.79 | 100.00% | 0.00 | 298.79 |
| 0049 | HACKENSACK RADIOLOGY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0050 | HACKENSACK RADIOLOGY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0052 | NY STATE DEPT OF LABOR | UNSECURED | 13,006.50 | 100.00% | 0.00 | 13,006.50 |

**Total Paid: $7,611.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023.

Receipts: $7,800.00    -    Paid to Claims: $7,139.40    -    Admin Costs Paid: $471.60    =    Funds on Hand: $189.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.