Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−24855−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Stephen F Decker
168 Laurel Court
Secaucus, NJ 07094

Andrea Decker
168 Laurel Court
Secaucus, NJ 07094

Social Security No.:
xxx−xx−4570

xxx−xx−1394

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on October 20, 2023.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 20, 2023
JAN: mcp

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-24855-VFP |
| Stephen F Decker | Chapter 13 |
| Andrea Decker | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Oct 20, 2023 | Form ID: 148 | Total Noticed: 54 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Stephen F Decker, Andrea Decker, 168 Laurel Court, Secaucus, NJ 07094-4106 |
| cr | + | Toyota Motor Credit Corporation as servicer for To, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518382068 | + | Cara Decker, 168 Laurel Court, Secaucus, NJ 07094-4106 |
| 518382069 | + | Center for Infectious Disease, 20 Prospect Ave., Hackensack, NJ 07601-1962 |
| 518506027 | + | Hackensack Radiology Group, 30 South Newman Street, Hackensack, NJ 07601-3210 |
| 518506028 | + | Michael Harrison, Attorney At Law, 3155 Route 10 East - Suite 214, Denville, NJ 07834-3430 |
| 518678150 | + | NYS Dept of Labor- UI Div, PO Box 611, Albany, NY 12201-0611 |
| 518382081 | + | New York Dept. of Labor, Unemployment Insurance Division, PO Box 15122, Albany, NY 12212-5122 |
| 518475151 | + | State of New Jersey, Division of Taxation Bankruptcy, PO Box 245, Trenton, NJ 08695-0245 |
| 518442573 | | Wells Fargo Bank, N.A., Attn: Default Document Processing, MAC #N9286-01Y 1000 Blue Gentian Road,, Eagan, MN 55121-7700 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 20 2023 21:00:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 20 2023 21:00:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: RMSC.COM | Oct 21 2023 00:35:00 | Synchrony Bank, c/o PRA Recievables Management, LL, POB 41021, Norfolk, VA 23541-1021 |
| 518467293 | | Email/PDF: bncnotices@becket-lee.com | Oct 20 2023 20:56:47 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518382064 | + | Email/PDF: bncnotices@becket-lee.com | Oct 20 2023 20:57:50 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518382065 | + | EDI: BANKAMER.COM | Oct 21 2023 00:35:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518466765 | + | EDI: BANKAMER2.COM | Oct 21 2023 00:35:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518382066 | + | EDI: CAPITALONE.COM | Oct 21 2023 00:35:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518452615 | + | EDI: AIS.COM | Oct 21 2023 00:35:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518452613 | + | EDI: AIS.COM | Oct 21 2023 00:35:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518382067 | + | EDI: CAPITALONE.COM | Oct 21 2023 00:35:00 | Capital One Na, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518472454 | | Email/PDF: bncnotices@becket-lee.com | Oct 20 2023 21:11:47 | Capital One, N.A., c/o Becket and Lee LLP, PO |

| | | | | |
|---|---|---|---|---|
| | | | | Box 3001, Malvern PA 19355-0701 |
| 518382071 | + | EDI: CITICORP.COM | Oct 21 2023 00:35:00 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518382072 | + | EDI: WFNNB.COM | Oct 21 2023 00:35:00 | Comenitycapital/lxvisa, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518382073 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 20 2023 20:57:44 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518382074 | | EDI: CITICORP.COM | Oct 21 2023 00:35:00 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 518382075 | | EDI: CITICORP.COM | Oct 21 2023 00:35:00 | Dsnb Bloomingdales, Attn: Recovery 'Bk', Po Box 9111, Mason, OH 45040 |
| 518492115 | | EDI: Q3G.COM | Oct 21 2023 00:35:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518382076 | + | Email/Text: bankruptcy@firstelectronic.com | Oct 20 2023 21:00:00 | First Electronic Bank, Attn: Bankruptcy, Po Box 521271, Salt Lake City, UT 84152-1271 |
| 518382077 | + | EDI: IRS.COM | Oct 21 2023 00:35:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518382070 | | EDI: JPMORGANCHASE | Oct 21 2023 00:35:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518426695 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 20 2023 20:58:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518382078 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 20 2023 20:58:00 | Kohls/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518470651 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 20 2023 20:57:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518382079 | + | EDI: NAVIENTFKASMSERV.COM | Oct 21 2023 00:35:00 | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 518382082 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Oct 20 2023 21:00:00 | New York State Dept., of Tax & Finance, Bankruptcy Section, PO Box 5300, Albany, NY 12205-0300 |
| 518494339 | | EDI: PRA.COM | Oct 21 2023 00:35:00 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 518503526 | | EDI: PRA.COM | Oct 21 2023 00:35:00 | Portfolio Recovery Associates, LLC, c/o Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 518458025 | | EDI: Q3G.COM | Oct 21 2023 00:35:00 | Quantum3 Group LLC as agent for, Genesis Consumer Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518491740 | | EDI: Q3G.COM | Oct 21 2023 00:35:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518382080 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 20 2023 20:58:00 | New Jersey Division of Taxation, Compliance & Enforcement - Bankruptcy, 50 Barrack St., 9th Fl., PO Box 245, Trenton, NJ 08695 |
| 518382083 | + | EDI: RMSC.COM | Oct 21 2023 00:35:00 | Syncb/care Credit Du, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518386379 | + | EDI: AIS.COM | Oct 21 2023 00:35:00 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518382084 | + | EDI: RMSC.COM | Oct 21 2023 00:35:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518382085 | + | EDI: RMSC.COM | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 21 2023 00:35:00 | Synchrony Bank/PC Richard, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518382086 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 20 2023 20:59:00 | Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52409 |
| 518382088 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 20 2023 20:59:00 | Toyota Financial Services, PO Box 8026, Cedar Rapids, IA 52409 |
| 518382087 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 20 2023 20:59:00 | Toyota Financial Services, PO Box 4102, Carol Stream, IL 60197-4102 |
| 518442335 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Oct 20 2023 20:58:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518802632 | | Email/PDF: bncnotices@becket-lee.com | Oct 20 2023 21:12:04 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518441981 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Oct 20 2023 20:58:00 | Toyota Motor Credit Corporation dba Lexus Financia, PO Box 9013, Addison, Texas 75001-9013 |
| 518482849 | + | EDI: AIS.COM | Oct 21 2023 00:35:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518432752 | + | EDI: WFFC2 | Oct 21 2023 00:35:00 | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 518382089 | | EDI: WFFC2 | Oct 21 2023 00:35:00 | Wells Fargo Home Mor, Attn: Written Correspondence/Bankruptcy, Mac#2302-04e Pob 10335, Des Moines, IA 50306 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518385656 | *+ | Cara Decker, 168 Laurel Court, Secaucus, NJ 07094-4106 |
| 518506054 | *+ | Hackensack Radiology Group, 30 South Newman Street, Hackensack, NJ 07601-3210 |
| 518426770 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518506055 | *+ | Michael Harrison, Attorney at Law, 3155 Route 10 East, Suite 214, Denville, NJ 07834-3430 |
| 518499482 | *+ | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518451594 | *+ | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Oct 20, 2023 | Form ID: 148 | Total Noticed: 54 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David L. Stevens | on behalf of Joint Debtor Andrea Decker dstevens@scura.com ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com |
| David L. Stevens | on behalf of Debtor Stephen F Decker dstevens@scura.com ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor WELLS FARGO BANK  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation as servicer for Toyota Lease Trust bk@stewartlegalgroup.com |
| Jamal J Romero | on behalf of Joint Debtor Andrea Decker jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;cmartinez@scura.com;vmajano@scura.com;rshah@scura.com;sduarte@scura.com;spereyra@scura.com;bramirez@scura.com;14799@notices.nextchapterbk.com |
| Jamal J Romero | on behalf of Debtor Stephen F Decker jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;cmartinez@scura.com;vmajano@scura.com;rshah@scura.com;sduarte@scura.com;spereyra@scura.com;bramirez@scura.com;14799@notices.nextchapterbk.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9