Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  19−24855−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Stephen F Decker | Andrea Decker |
| 168 Laurel Court | 168 Laurel Court |
| Secaucus, NJ 07094 | Secaucus, NJ 07094 |

Social Security No.:
  xxx−xx−4570                              xxx−xx−1394

Employer's Tax I.D. No.:

---

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 22, 2020.

On 10/19/2023 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:                      November 16, 2023
Time:                       08:30 AM
Location:               Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark,
NJ 07102

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
      a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
      of a secure claim, such holders acceptance or rejection of the Plan before modification will
      be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
      holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
      the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: October 20, 2023
JAN: smz

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-24855-VFP |
| Stephen F Decker | Chapter 13 |
| Andrea Decker | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Oct 20, 2023 | Form ID: 185 | Total Noticed: 54 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Stephen F Decker, Andrea Decker, 168 Laurel Court, Secaucus, NJ 07094-4106 |
| cr | + | Toyota Motor Credit Corporation as servicer for To, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518382068 | + | Cara Decker, 168 Laurel Court, Secaucus, NJ 07094-4106 |
| 518382069 | + | Center for Infectious Disease, 20 Prospect Ave., Hackensack, NJ 07601-1962 |
| 518506027 | + | Hackensack Radiology Group, 30 South Newman Street, Hackensack, NJ 07601-3210 |
| 518506028 | + | Michael Harrison, Attorney At Law, 3155 Route 10 East - Suite 214, Denville, NJ 07834-3430 |
| 518678150 | + | NYS Dept of Labor- UI Div, PO Box 611, Albany, NY 12201-0611 |
| 518382081 | + | New York Dept. of Labor, Unemployment Insurance Division, PO Box 15122, Albany, NY 12212-5122 |
| 518475151 | + | State of New Jersey, Division of Taxation Bankruptcy, PO Box 245, Trenton, NJ 08695-0245 |
| 518442573 | | Wells Fargo Bank, N.A., Attn: Default Document Processing, MAC #N9286-01Y 1000 Blue Gentian Road,, Eagan, MN 55121-7700 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 20 2023 21:00:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 20 2023 21:00:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 20 2023 20:57:08 | Synchrony Bank, c/o PRA Recievables Management, LL, POB 41021, Norfolk, VA 23541-1021 |
| 518467293 | | Email/PDF: bncnotices@becket-lee.com | Oct 20 2023 20:57:55 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518382064 | + | Email/PDF: bncnotices@becket-lee.com | Oct 20 2023 20:57:50 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518382065 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 20 2023 20:58:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518466765 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Oct 20 2023 20:59:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518382066 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 20 2023 20:56:30 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518452615 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 20 2023 20:57:11 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518452613 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 20 2023 21:11:52 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518382067 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 20 2023 20:57:30 | Capital One Na, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518472454 | | Email/PDF: bncnotices@becket-lee.com | Oct 20 2023 21:12:00 | Capital One, N.A., c/o Becket and Lee LLP, PO |

Box 3001, Malvern PA 19355-0701

518382071    + Email/PDF: Citi.BNC.Correspondence@citi.com

Oct 20 2023 21:12:01   Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034

518382072    + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM

Oct 20 2023 20:59:00   Comenitycapital/lxvisa, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125

518382073    + Email/PDF: creditonebknotifications@resurgent.com

Oct 20 2023 20:56:37   Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873

518382074      Email/PDF: Citi.BNC.Correspondence@citi.com

Oct 20 2023 20:57:48   Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040

518382075      Email/PDF: Citi.BNC.Correspondence@citi.com

Oct 20 2023 20:57:37   Dsnb Bloomingdales, Attn: Recovery 'Bk', Po Box 9111, Mason, OH 45040

518492115      Email/Text: bnc-quantum@quantum3group.com

Oct 20 2023 20:59:00   Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657

518382076    + Email/Text: bankruptcy@firstelectronic.com

Oct 20 2023 21:00:00   First Electronic Bank, Attn: Bankruptcy, Po Box 521271, Salt Lake City, UT 84152-1271

518382077    + Email/Text: sbse.cio.bnc.mail@irs.gov

Oct 20 2023 20:59:00   Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346

518382070      Email/PDF: ais.chase.ebn@aisinfo.com

Oct 20 2023 21:12:04   Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850

518426695    + Email/Text: JPMCBKnotices@nationalbankruptcy.com

Oct 20 2023 20:58:00   JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013

518382078    + Email/Text: PBNCNotifications@peritusservices.com

Oct 20 2023 20:58:00   Kohls/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285

518470651      Email/PDF: resurgentbknotifications@resurgent.com

Oct 20 2023 20:57:03   LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587

518382079    + Email/PDF: pa_dc_claims@navient.com

Oct 20 2023 20:57:03   Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000

518382082    + Email/Text: nys.dtf.bncnotice@tax.ny.gov

Oct 20 2023 21:00:00   New York State Dept., of Tax & Finance, Bankruptcy Section, PO Box 5300, Albany, NY 12205-0300

518494339      Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com

Oct 20 2023 21:11:55   Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541

518503526      Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com

Oct 20 2023 21:12:01   Portfolio Recovery Associates, LLC, c/o Synchrony Bank, POB 41067, Norfolk VA 23541

518458025      Email/Text: bnc-quantum@quantum3group.com

Oct 20 2023 20:59:00   Quantum3 Group LLC as agent for, Genesis Consumer Funding LLC, PO Box 788, Kirkland, WA 98083-0788

518491740      Email/Text: bnc-quantum@quantum3group.com

Oct 20 2023 20:59:00   Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788

518382080      Email/Text: NJTax.BNCnoticeonly@treas.nj.gov

Oct 20 2023 20:58:00   New Jersey Division of Taxation, Compliance & Enforcement - Bankruptcy, 50 Barrack St., 9th Fl., PO Box 245, Trenton, NJ 08695

518382083    + Email/PDF: ais.sync.ebn@aisinfo.com

Oct 20 2023 21:11:52   Syncb/care Credit Du, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060

518386379    + Email/PDF: ebn_ais@aisinfo.com

Oct 20 2023 21:11:53   Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901

518382084    + Email/PDF: ais.sync.ebn@aisinfo.com

Oct 20 2023 20:57:29   Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060

518382085    + Email/PDF: ais.sync.ebn@aisinfo.com

District/off: 0312-2                                    User: admin                                    Page 3 of 4

Date Rcvd: Oct 20, 2023                              Form ID: 185                              Total Noticed: 54

| | | Oct 20 2023 21:12:03 | Synchrony Bank/PC Richard, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
|---|---|---|---|
| 518382086 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 20 2023 20:59:00 | Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52409 |
| 518382088 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 20 2023 20:59:00 | Toyota Financial Services, PO Box 8026, Cedar Rapids, IA 52409 |
| 518382087 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 20 2023 20:59:00 | Toyota Financial Services, PO Box 4102, Carol Stream, IL 60197-4102 |
| 518442335 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Oct 20 2023 20:58:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518802632 | Email/PDF: bncnotices@becket-lee.com | Oct 20 2023 21:12:03 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518441981 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Oct 20 2023 20:58:00 | Toyota Motor Credit Corporation dba Lexus Financia, PO Box 9013, Addison, Texas 75001-9013 |
| 518482849 | + Email/PDF: ebn_ais@aisinfo.com | Oct 20 2023 21:11:48 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518432752 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 20 2023 20:56:59 | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 518382089 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 20 2023 21:11:48 | Wells Fargo Home Mor, Attn: Written Correspondence/Bankruptcy, Mac#2302-04e Pob 10335, Des Moines, IA 50306 |

TOTAL: 44

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518385656 | *+ | Cara Decker, 168 Laurel Court, Secaucus, NJ 07094-4106 |
| 518506054 | *+ | Hackensack Radiology Group, 30 South Newman Street, Hackensack, NJ 07601-3210 |
| 518426770 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518506055 | *+ | Michael Harrison, Attorney at Law, 3155 Route 10 East, Suite 214, Denville, NJ 07834-3430 |
| 518499482 | *+ | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518451594 | *+ | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2023                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0312-2                     User: admin                                    Page 4 of 4

Date Rcvd: Oct 20, 2023                  Form ID: 185                             Total Noticed: 54

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| David L. Stevens | on behalf of Joint Debtor Andrea Decker dstevens@scura.com ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com |
| David L. Stevens | on behalf of Debtor Stephen F Decker dstevens@scura.com ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor WELLS FARGO BANK  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation as servicer for Toyota Lease Trust bk@stewartlegalgroup.com |
| Jamal J Romero | on behalf of Joint Debtor Andrea Decker jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;cmartinez@scura.com;vmajano@scura.com;rshah@scura.com;sduarte@scura.com;spereyra@scura.com;bramirez@scura.com;14799@notices.nextchapterbk.com |
| Jamal J Romero | on behalf of Debtor Stephen F Decker jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;cmartinez@scura.com;vmajano@scura.com;rshah@scura.com;sduarte@scura.com;spereyra@scura.com;bramirez@scura.com;14799@notices.nextchapterbk.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9