STATISTICAL INFORMATION ONLY: Debtor must check one box on each line to state whether the following items are included in the Plan.

| 0 Valuation of Security | 1 Assumption of Executory Contract or Unexpired Lease | 0 Lien Avoidance |

**Last revised: August 1, 2020**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re: Stephen Decker & Andrea Decker          Case No.: 19-24855

Debtor(s)          Judge: VFP

**Chapter 13 Plan and Motions**

☐ Original          ☑ Modified/Notice Required

☐ Motions Included          ☐ Modified/No Notice Required          Date: 10/18/2023

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS WILL BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.

THIS PLAN:

☐ DOES ☑ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☑ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULTS IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☑ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: JR          Initial Debtor: SD          Initial Co-Debtor: AD

## Part 1: Payment and Length of Plan

a.  The debtor shall pay $200.00 per Month to the Chapter 13 Trustee, starting on October 1, 2023 for approximately 9 months.

b.  The debtor shall make plan payments to the Trustee from the following sources:

☑  Future earnings

☑  Other sources of funding (describe source, amount and date when funds are available):
$9,800.00 Paid into the Chapter 13 Plan

c.  Use of real property to satisfy plan obligations:

☐  Sale of real property

Description: _____

Proposed date for completion: _____

☑  Refinance of real property:

Description: 168 Laurel Court, Secaucus NJ 07094

Proposed date for completion: 6 Months from Confirmation Order

☐  Loan modification with respect to mortgage encumbering property:

Description: _____

Proposed date for completion: _____

d.  ☑ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e.  ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection ☑ None

a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a.  All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| Scura, Wigfield, Heyer, Stevens & Cammarota, LLP | ADMINISTRATIVE | BALANCE DUE: $0.00 |
| Internal Revenue Service | Tax Priority Claim | $35,000.00 |
| New Jersey Division of Taxation | Tax Priority Claim | $300.00 |
| New York Dept. of Labor | Tax Priority Claim | $13,006.50 |
| New York State Dept. | Tax Priority Claim | $800.00 |

b.  Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:

☑  None

☐  The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

## Part 4: Secured Claims

a.  **Curing Default and Maintaining Payments on Principal Residence**

☑ NONE

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**b.  Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:**

☑ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**c.  Secured claims excluded from 11 U.S.C. 506:**

☑ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid Through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d.  Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments**

☑ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.)  Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender**

☐ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| Toyota Financial Services | 2017 Toyota Camry XLE | $31,241.00 | Full Amount of Claim |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**
The following secured claims are unaffected by the Plan:

Toyota Financial Services - Auto loan for Lexus
Toyota Financial Services - Auto loan for Corolla
Wells Fargo Home Mortgage - Mortgage Loan

**g. Secured Claims to be Paid in Full Through the Plan:** ☐ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|

## Part 5: Unsecured Claims

☐ **NONE**

    **a. Not separately classified** allowed non-priority unsecured claims shall be paid:

        ☐ Not less than _____ to be distributed *pro rata*

        ☑ Not less than <u>100 %</u> percent

        ☐ *Pro Rata* distribution from any remaining funds

    **b. Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis of Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| Navient | Educational | Paid outside of Plan. | $0.00 |

## Part 6: Executory Contracts and Unexpired Leases

☐ **NONE**

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent   assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| Toyota Financial Services | $0.00 | Auto Lease | Paid Outside of Plan | $0.00 |

## Part 7: Motions ☑ NONE

**NOTE:  All plans containing motions must be served on all affected creditors, together with local form,   *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1.  A   *Certification of Service* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

    **a. Motion to Avoid Liens Under 11. U.S.C. Section 522(f).** ☑ **NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|

    b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**

☑

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with   Part 4 above:

| Creditor | Collateral | Schedule Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

    **c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☑ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to   void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

## Part 8: Other Plan Provisions

**a. Vesting of Property of the Estate**

☑ Upon confirmation

☐ Upon discharge

**b.  Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c.  Order of Distribution**

The Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions

2) Other Administrative Claims

3) Secured Claims

4) Lease Arrearages

5) Priority Claims

6) General Unsecured Claims

**d.  Post-Petition Claims**

The Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification ☐ NONE

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being Modified: _____.

Explain below **why** the plan is being modified:

Debtors need additional time to refinance their property

Explain below **how** the plan is being modified:

Part 1b - to include paid into chapter 13 plan;

Part 1c - to extend time to refinance property

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes  ☑ No

## Part 10: Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

☑ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, Chapter 13 Plan and Motions, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: 10/18/2023

/s/ Stephen Decker

Debtor

Date: 10/18/2023

/s/ Andrea Decker

Joint Debtor

Date: 10/18/2023

/s/ Jamal Romero

Attorney for the Debtor

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 19-24855-VFP

Stephen F Decker                                                                Chapter 13

Andrea Decker

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                   Page 1 of 4

Date Rcvd: Oct 20, 2023                   Form ID: pdf901                          Total Noticed: 54

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Stephen F Decker, Andrea Decker, 168 Laurel Court, Secaucus, NJ 07094-4106 |
| cr | + | Toyota Motor Credit Corporation as servicer for To, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518382068 | + | Cara Decker, 168 Laurel Court, Secaucus, NJ 07094-4106 |
| 518382069 | + | Center for Infectious Disease, 20 Prospect Ave., Hackensack, NJ 07601-1962 |
| 518506027 | + | Hackensack Radiology Group, 30 South Newman Street, Hackensack, NJ 07601-3210 |
| 518506028 | + | Michael Harrison, Attorney At Law, 3155 Route 10 East - Suite 214, Denville, NJ 07834-3430 |
| 518678150 | + | NYS Dept of Labor- UI Div, PO Box 611, Albany, NY 12201-0611 |
| 518382081 | + | New York Dept. of Labor, Unemployment Insurance Division, PO Box 15122, Albany, NY 12212-5122 |
| 518475151 | + | State of New Jersey, Division of Taxation Bankruptcy, PO Box 245, Trenton, NJ 08695-0245 |
| 518442573 | | Wells Fargo Bank, N.A., Attn: Default Document Processing, MAC #N9286-01Y 1000 Blue Gentian Road,, Eagan, MN 55121-7700 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 20 2023 21:00:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 20 2023 21:00:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 20 2023 20:56:24 | Synchrony Bank, c/o PRA Recievables Management, LL, POB 41021, Norfolk, VA 23541-1021 |
| 518467293 | | Email/PDF: bncnotices@becket-lee.com | Oct 20 2023 20:57:14 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518382064 | + | Email/PDF: bncnotices@becket-lee.com | Oct 20 2023 20:57:50 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518382065 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 20 2023 20:58:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518466765 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Oct 20 2023 20:59:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518382066 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 20 2023 21:11:55 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518452615 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 20 2023 20:56:45 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518452613 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 20 2023 20:57:38 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518382067 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 20 2023 21:11:58 | Capital One Na, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518472454 | | Email/PDF: bncnotices@becket-lee.com | Oct 20 2023 21:11:45 | Capital One, N.A., c/o Becket and Lee LLP, PO |

District/off: 0312-2 | User: admin | Page 2 of 4
Date Rcvd: Oct 20, 2023 | Form ID: pdf901 | Total Noticed: 54

| | | | |
|---|---|---|---|
| | | | Box 3001, Malvern PA 19355-0701 |
| 518382071 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 20 2023 21:12:02 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518382072 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 20 2023 20:59:00 | Comenitycapital/lxvisa, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518382073 | + Email/PDF: creditonebknotifications@resurgent.com | Oct 20 2023 20:57:39 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518382074 | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 20 2023 20:57:21 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 518382075 | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 20 2023 21:11:45 | Dsnb Bloomingdales, Attn: Recovery 'Bk', Po Box 9111, Mason, OH 45040 |
| 518492115 | Email/Text: bnc-quantum@quantum3group.com | Oct 20 2023 20:59:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518382076 | + Email/Text: bankruptcy@firstelectronic.com | Oct 20 2023 21:00:00 | First Electronic Bank, Attn: Bankruptcy, Po Box 521271, Salt Lake City, UT 84152-1271 |
| 518382077 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 20 2023 20:59:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518382070 | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 20 2023 20:56:54 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518426695 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 20 2023 20:58:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518382078 | + Email/Text: PBNCNotifications@peritusservices.com | Oct 20 2023 20:58:00 | Kohls/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518470651 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 20 2023 21:11:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518382079 | + Email/PDF: pa_dc_claims@navient.com | Oct 20 2023 20:57:40 | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 518382082 | + Email/Text: nys.dtf.bncnotice@tax.ny.gov | Oct 20 2023 21:00:00 | New York State Dept., of Tax & Finance, Bankruptcy Section, PO Box 5300, Albany, NY 12205-0300 |
| 518494339 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 20 2023 20:57:50 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 518503526 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 20 2023 21:11:58 | Portfolio Recovery Associates, LLC, c/o Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 518458025 | Email/Text: bnc-quantum@quantum3group.com | Oct 20 2023 20:59:00 | Quantum3 Group LLC as agent for, Genesis Consumer Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518491740 | Email/Text: bnc-quantum@quantum3group.com | Oct 20 2023 20:59:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518382080 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 20 2023 20:58:00 | New Jersey Division of Taxation, Compliance & Enforcement - Bankruptcy, 50 Barrack St., 9th Fl., PO Box 245, Trenton, NJ 08695 |
| 518382083 | + Email/PDF: ais.sync.ebn@aisinfo.com | Oct 20 2023 20:57:36 | Synch/care Credit Du, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518386379 | + Email/PDF: ebn_ais@aisinfo.com | Oct 20 2023 21:11:46 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518382084 | + Email/PDF: ais.sync.ebn@aisinfo.com | Oct 20 2023 21:12:03 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518382085 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |

District/off: 0312-2 | User: admin | Page 3 of 4
Date Rcvd: Oct 20, 2023 | Form ID: pdf901 | Total Noticed: 54

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 20 2023 21:11:45 | Synchrony Bank/PC Richard, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518382086 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 20 2023 20:59:00 | Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52409 |
| 518382088 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 20 2023 20:59:00 | Toyota Financial Services, PO Box 8026, Cedar Rapids, IA 52409 |
| 518382087 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 20 2023 20:59:00 | Toyota Financial Services, PO Box 4102, Carol Stream, IL 60197-4102 |
| 518442335 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Oct 20 2023 20:58:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518802632 | | Email/PDF: bncnotices@becket-lee.com | Oct 20 2023 21:12:00 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518441981 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Oct 20 2023 20:58:00 | Toyota Motor Credit Corporation dba Lexus Financia, PO Box 9013, Addison, Texas 75001-9013 |
| 518482849 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 20 2023 20:56:33 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518432752 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 20 2023 21:11:51 | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 518382089 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 20 2023 21:11:53 | Wells Fargo Home Mor, Attn: Written Correspondence/Bankruptcy, Mac#2302-04e Pob 10335, Des Moines, IA 50306 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518385656 | *+ | Cara Decker, 168 Laurel Court, Secaucus, NJ 07094-4106 |
| 518506054 | *+ | Hackensack Radiology Group, 30 South Newman Street, Hackensack, NJ 07601-3210 |
| 518426770 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518506055 | *+ | Michael Harrison, Attorney at Law, 3155 Route 10 East, Suite 214, Denville, NJ 07834-3430 |
| 518499482 | *+ | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518451594 | *+ | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 22, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0312-2
User: admin
Page 4 of 4

Date Rcvd: Oct 20, 2023
Form ID: pdf901
Total Noticed: 54

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| David L. Stevens | on behalf of Joint Debtor Andrea Decker dstevens@scura.com ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;sduarte @scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com |
| David L. Stevens | on behalf of Debtor Stephen F Decker dstevens@scura.com ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;sduarte @scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor WELLS FARGO BANK  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation as servicer for Toyota Lease Trust bk@stewartlegalgroup.com |
| Jamal J Romero | on behalf of Joint Debtor Andrea Decker jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;cmartinez@scura.com;vmajano@scura.com;rshah@scura.com;sduarte@scu ra.com;spereyra@scura.com;bramirez@scura.com;14799@notices.nextchapterbk.com |
| Jamal J Romero | on behalf of Debtor Stephen F Decker jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;cmartinez@scura.com;vmajano@scura.com;rshah@scura.com;sduarte@scu ra.com;spereyra@scura.com;bramirez@scura.com;14799@notices.nextchapterbk.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9