Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19−24855−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Stephen F Decker                          Andrea Decker
 168 Laurel Court                          168 Laurel Court
 Secaucus, NJ 07094                        Secaucus, NJ 07094

Social Security No.:
  xxx−xx−4570                                    xxx−xx−1394

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>March 7, 2024</u>                    <u>Vincent F. Papalia</u>
                                        Judge, United States Bankruptcy Court